**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RICHARD MCCALLON,           )<br>                                                    )<br>Plaintiff,                                     )<br>                                                    )<br>     v.                                          )        No.     15-cv-178 JPG/DGW<br>                                                    )<br>                                                    )<br>MICHAEL J. MOLINE and NATIONAL )<br>FREIGHT, INC.,                            )<br>                                                    )<br>Defendants.                              )<br>                                                    ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the stipulation of dismissal (doc. 41). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, defendant has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: July 5, 2016

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE